**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6543**

DENZIL T. MOORE,

                    Plaintiff - Appellant,

          v.

FEDERAL BUREAU OF PRISONS; RICHARD RAMIREZ, Regional Medical
Director; ELIZABETH MASTELLER; DR. ELLEN MACE; JANET BUNTS;
MARK DIB,

                    Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert E. Maxwell, Senior
District Judge.  (2:06-cv-00071-REM-JES)

Submitted:  August 31, 2009       Decided:  September 15, 2009

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Denzil T. Moore, Appellant Pro Se.   Helen Campbell Altmeyer,
Assistant United States Attorney, Wheeling, West Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Denzil T. Moore appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680 (2006), and Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Moore v. Fed. Bureau of Prisons, No. 2:06-cv-00071-REM-JES (N.D. W. Va. Feb. 4, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED